# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                                           )
                                                         )
Plaintiff,                                               )
                                                         )
     v.                                                 )   Case No. 2:25-cv-556
                                                         )
CITY OF HOBART,
HOBART POLICE                                            )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*   )
CAGNEY'S SALOON,                                        )
NICK KAROUNOS, *owner/operator*,                        )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                         )
Defendants.                                              )

## SUMMONS IN A CIVIL ACTION

TO:
     City of Hobart
     c/o Corporation Counsel
     705 E. 4th St.,
     Hobart, IN 46342

     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

1

Date: _____        _____

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

# PROOF OF SERVICE

*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____        _____

*Server's Signature*


_____

*Printed name and title*


_____

*Server's address*

Additional information regarding attempted service, etc.

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

NIGEL PHILLIPS,                                              )
                                                            )
Plaintiff,                                                  )
                                                            )
    v.                                  ) Case No. 2:25-cv-556
                                                            )
CITY OF HOBART,                                             
HOBART POLICE                                               )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*  )
CAGNEY'S SALOON,                                            )
NICK KAROUNOS, *owner/operator,*                            )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                            )
Defendants.                                                 )

**SUMMONS IN A CIVIL ACTION**

TO:

   Officer Raul Ramos
   City of Hobart Police Department
   705 E. 4th St.,
   Hobart, IN 46342

  A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

3

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____

                                    *Server's Signature*


                                    _____

                                    *Printed name and title*


                                    _____

                                    *Server's address*

Additional information regarding attempted service, etc.

4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                                              )
                                                             )
Plaintiff,                                                   )
                                                             )
      v.                       )   Case No. 2:25-cv-556
                                                             )
CITY OF HOBART,
HOBART POLICE                                                )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,* )
CAGNEY'S SALOON,                                             )
NICK KAROUNOS, *owner/operator,*                             )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                             )
Defendants.                                                  )

### SUMMONS IN A CIVIL ACTION

TO:

      Officer Matthew Viator
      City of Hobart Police Department
      705 E. 4th St.,
      Hobart, IN 46342

     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) ☐ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ☐ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

5

Date: _____          _____
                                       *Signature of Clerk or Deputy Clerk*

                                                      Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                  *Server's Signature*


                                  _____
                                  *Printed name and title*


                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc.

6

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                                              )
                                                            )
Plaintiff,                                                   )
                                                            )
      v.                                                        )   Case No. 2:25-cv-556
                                                            )
CITY OF HOBART,
HOBART POLICE                                                )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*  )
CAGNEY'S SALOON,                                             )
NICK KAROUNOS, *owner/operator,*                             )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                            )
Defendants.                                                  )

### SUMMONS IN A CIVIL ACTION

TO:

    Officer Michael Gallagher
    City of Hobart Police Department
    705 E. 4th St.,
    Hobart, IN 46342

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) Ϲ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) Ϲ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    *Law Office of Mark Nicholson*
    *9702 E. Washington St., Suite 171*
    *Indianapolis, IN 46229*
    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

    *CLERK OF COURT*

7

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*
                                                              Civil Summons (Page 2)
Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                    *Server's Signature*


                                    _____
                                    *Printed name and title*


                                    _____
                                    *Server's address*

Additional information regarding attempted service, etc.

8

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                                             )
                                                           )
Plaintiff,                                                 )
                                                           )
      v.                                                       )  Case No. 2:25-cv-556
                                                           )
CITY OF HOBART,
HOBART POLICE                                              )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*   )
CAGNEY'S SALOON,                                          )
NICK KAROUNOS, *owner/operator,*                          )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                           )
Defendants.                                                )

### SUMMONS IN A CIVIL ACTION

TO:

    Officer Kyle Belec
    City of Hobart Police Department
    705 E. 4th St.,
    Hobart, IN 46342

    A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) Ϲ or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) Ϲ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____
                                               *Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                        *Server's Signature*


                                        _____
                                                        *Printed name and title*


                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc.

10

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                      )
                                    )

Plaintiff,                           )
                                    )

         v.                         )   Case No. 2:25-cv-556
                                    )

CITY OF HOBART,
HOBART POLICE                      )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*   )
CAGNEY'S SALOON,                    )
NICK KAROUNOS, *owner/operator,*            )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                    )
Defendants.                          )

### SUMMONS IN A CIVIL ACTION

TO:

     Cagney's Saloon
     236 Main St.
     Hobart, IN 46342

     A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                 _____
                                          *Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____    _____
                                *Server's Signature*


                                _____
                                *Printed name and title*


                                _____
                                *Server's address*

Additional information regarding attempted service, etc.

12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                                              )
                                                            )
Plaintiff,                                                  )
                                                            )
      v.                      )  Case No. 2:25-cv-556
                                                            )
CITY OF HOBART,
HOBART POLICE                                               )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*   )
CAGNEY'S SALOON,                                            )
NICK KAROUNOS, *owner/operator,*                            )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                            )
Defendants.                                                 )

### SUMMONS IN A CIVIL ACTION

TO:

    Nick Karounos, Owner
    236 Main St., Hobart, IN 46342

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                           *Signature of Clerk or Deputy Clerk*

13

Civil Summons (Page 2)

Civil Action Number: _____

# PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____         _____
                                  *Server's Signature*


                                  _____
                                  *Printed name and title*


                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc.

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

NIGEL PHILLIPS,                                                    )
                                                                   )
Plaintiff,                                                         )
                                                                   )
      v.                           )   Case No. 2:25-cv-556
                                                                   )
CITY OF HOBART,
HOBART POLICE                                                      )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*  )
CAGNEY'S SALOON,                                                  )
NICK KAROUNOS, *owner/operator*,                                 )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                                   )
Defendants.                                                        )


**SUMMONS IN A CIVIL ACTION**

TO:

    Michael Anthony Rouse, Security Staff
    236 Main St.
    Hobart, IN 46342

    A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

15

*Signature of Clerk or Deputy Clerk*

Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____    _____
                                *Server's Signature*

                                _____
                                *Printed name and title*

                                _____
                                *Server's address*

16

Additional information regarding attempted service, etc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

NIGEL PHILLIPS,                                    )
                                                   )
Plaintiff,                                         )
                                                   )
      v.                                     )   Case No. 2:25-cv-556
                                                   )
CITY OF HOBART,
HOBART POLICE                                      )
OFFICER RAUL RAMOS, *in his official and individual capacity,* )
OFFICER MATTHEW VIATOR, *in his official and individual capacity,*
OFFICER MICHAEL GALLAGHER, *in his official and individual capacity,*
OFFICER KYLE BELEC, *in his official and individual capacity,*  )
CAGNEY'S SALOON,                                   )
NICK KAROUNOS, *owner/operator,*                   )
MICHAEL ANTHONY ROUSE and UNNAMED/UNKNOWN SECURITY PERSONNEL, *security personnel,*
                                                   )
Defendants.                                        )

### SUMMONS IN A CIVIL ACTION

TO:
Chief of Police Garrett Ciszewski
City of Hobart Police Department
705 E. 4th St.,
Hobart, IN 46342

     A lawsuit has been filed against you.  Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

*Law Office of Mark Nicholson*
*9702 E. Washington St., Suite 171*
*Indianapolis, IN 46229*

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                   *Signature of Clerk or Deputy Clerk*


                                               Civil Summons (Page 2)

Civil Action Number: _____

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)*_____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____,  and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $ _____for travel and $_____for services, for a total of $_____.


I declare under penalty of perjury that this information is true.


Date: _____          _____
                                   *Server's Signature*


                                   _____
                                   *Printed name and title*


                                   _____
                                   *Server's address*

19

Additional information regarding attempted service, etc.